■ In the Matter of SALVATORE A. BOTTARO, an Attorney.—A certified

copy of judgments of conviction of Salvatore A. Bottaro, an attorney, in the County Court, Erie County, of the crimes of grand larceny, second degree, and criminal solicitation, second degree, having been presented to this court, he is disbarred and his name is stricken from the roll of attorneys. Present —Cardamone, J. P., Simons, Hancock, Jr., Schnepp and Witmer, JJ. (Order entered April 29, 1980.)